**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Meagan Deanne Thom<br>DEFENDANT(S). | CASE NUMBER<br>2:26-cr-00653-ODW<br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of Defendant, IT IS ORDERED that a detention hearing is set for Monday, October 26, 2026, at 1:30 ☐a.m. / ☒p.m. before the Honorable A. Joel Richlin, in Courtroom 780.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or ______________________ and produced for the hearing.
*(Other custodial officer)*

Dated: 10/23/26

[signature]
U.S. ~~District Judge~~/Magistrate Judge